**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 28, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00594-CV

---

### IN RE CHIJIOKE C. ISAMADE, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-253317**

---

## MEMORANDUM OPINION

On August 18, 2023, relator Chijioke C. Isamade filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Christian Becerra, presiding judge of the 434th Judicial District Court of Fort Bend County, to vacate the trial court's June 22, 2023 order denying relator's motion to

compel against nonparties Advanced Diagnostics Healthcare d/b/a Chopra Imaging, Advanced Diagnostics Hospital East, and Advanced Medical Group.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.